UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY PISKURA, *et al.*,

        Plaintiffs

v.                                                                C-1-10-248

TASER INTERNATIONAL, *et al.,*

        Defendants

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 67) to which no party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by the parties, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 67) denying Taser International's Motion for Sanctions (doc. no. 49) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.

The parties have made no objection to the pretrial orders issued by the Magistrate Judge regarding defendant Taser Internationals' Motion to Compel (doc. no. 49) and the Oxford defendants' Motion to Compel (doc. no. 52). Those pretrial orders, therefore, shall control the proceedings in this case.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                            s/Herman J. Weber  
                                      Herman J. Weber, Senior Judge  
                                      United States District Court