

**WARNING**
Electronic Control Device
- Can temporarily incapacitate target.
- Can cause injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.TASER.com.

# TASER® ELECTRONIC CONTROL DEVICES
## ELECTRICAL CHARACTERISTICS – X26™

### TASER® X26™

| ELECTRICAL OUTPUT CHARACTERISTIC | |
|---|---|
| **TASER ECD (Electronic Control Device) Waveforms and Pulse Rates** | |
| Delivered Parameters – A "delivered" parameter represents an amount that enters a subject's body when a circuit is completed and electrical current is delivered from the TASER ECD. Parameter values are derived from human volunteers and 600 Ω (ohm) load[ii] measurements. Parameters in brackets [ ] are from human volunteers measurements. | |
| Waveform | Complex (a single half-cycle 100 kHz (kilohertz) arcing phase of approximately 4 μs (microseconds) followed by approximately 100 μs stimulation "main" phase). Approximately 50 μs decay time constant |
| Waveform Graphic<br>1 A (ampere) = 1,000 mA (milliamperes)<br>0.001 A = 1 mA |  |
| Pulse Rate (PPS [Pulses Per Second]) | 19 +1/-2.5 PPS. Low temperature and low battery can significantly reduce the pulse rate. |
| Pulse Duration | 105 – 155 [120 to 140] μs |
| Total per second discharge time ("on" time) | 0.0020 to 0.0029 [0.0023 to 0.0027] s (seconds) at 19 PPS |
| Delivered charge - main phase | 80 to 125 [110 to 135] μC (microcoulombs) |
| Average Current[i] at 19 PPS from main phase | 0.0015 to 0.0024 [0.0021 to 0.0026] A |
| Energy per pulse | 0.095 to 0.125 [0.096 to 0.122] J (joules) |
| Power output | 1.8 to 2.3 [1.8 to 2.3] W (watts) at 19 PPS |
| Voltage – peak main phase | 1,400 to 2,520 [1,500 to 2,250] V (volts) |



February 1, 2009

Copyright © 2009 TASER International, Inc. All rights reserved.

Page: 1 of 2

EXHIBIT 43



**⚠ WARNING**
Electronic Control Device
- Can temporarily incapacitate target.
- Can cause injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.TASER.com.

# TASER® ELECTRONIC CONTROL DEVICES
## ELECTRICAL CHARACTERISTICS – X26™

### TASER® X26™

| ELECTRICAL OUTPUT CHARACTERISTIC | |
|---|---|
| **Internal Parameters** – An "internal" parameter represents an amount that is *not* "delivered" into the subject. | |
| Arcing voltage - peak | Approximately 50,000 V |
| Energy per pulse - at main capacitor | Approximately 0.36 J |
| Power - delivered to main capacitor | Approximately 6.8 W |
| **TASER ECD Power Source** | |
| Power source | Digital Power Magazine (DPM™), eXtended DPM (XDPM™), Controlled DPM (CDPM™) Battery of two 3 V camera cells (Duracell® Ultra, CR123A) TASER CAM™ Rechargeable Lithium Ion cell |
| Expected number of TASER X26 discharges from fresh battery of cells | Approximately 195 five-second discharges with DPM, XDPM, CDPM. Approximately 100 five-second discharges with TASER CAM. All dependent on temperature, battery charge, and load characteristics. |
| Expected number of TASER pulses per battery of cells | Approximately 20,000 pulses with DPM, XDPM, CDPM. Approximately 10,000 pulses with TASER CAM. (19 pps x 5 s = 95 pp/5s; 95 pp/5s x 195 discharges = 18,525 pulses per battery of cells [this can be estimated to 20,000 pulses]) |

Actual measurements on particular products may vary as a result of many factors including factors outside TASER International's control. Please refer to TASER published product specifications for specified limits and test conditions. Read the manual and product literature.
For more information see current TASER device/product specification sheets, training materials, product manuals, and Web site (www.TASER.com). TASER International reserves the right to change or modify this document without notice. TASER is a registered trademark of TASER International, Inc.

[i] Average current is the flow of charge (in coulombs) over one second. Current from the main phase is a conservative estimate of stimulation capacity.
[ii] Ohmite LN100J600 Non-inductive resistor.



TASER
PROTECT LIFE