IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY PISKURA, et al.,

   Plaintiffs,

v.          CIVIL ACTION: 1:10-cv-00248

TASER INTERNATIONAL INC., et al.,

   Defendants.

### STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter be dismissed with prejudice, each side to bear its own costs and fees.

DATED this 30th day of October, 2013.

IT IS SO ORDERED.

_____
Herman J. Weber, Senior Judge
United States District Court

/s/ W. Craig Bashein
Counsel for Plaintiffs

W. Craig Bashein
Paul W. Flowers
BASHEIN & BASHEIN
50 Public Square, 35th Floor
Cleveland, Ohio  44113

John D. Holschuh, Jr.
SANTEN & HUGHES
312 Walnut Street, Suite 3100
Cincinnati, Ohio  45202

John Burton
THE LAW OFFICES OF JOHN BURTON
4 East Holly Street, Suite 201
Pasadena, California  91103

Peter M. Williamson
WILLIAMSON LAW FIRM
20750 Ventura Boulevard, Suite 345
Woodland Hills, California  91364

/s/ Pam Petersen
Counsel for Defendants

Pamela B. Petersen
Michael Brave
Holly Gibeaut
Isaiah Fields
TASER INTERNATIONAL, INC.
17800 North 85th Street
Scottsdale, Arizona  85255-9603

John Jerry Glas
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, Louisiana  70130

John R. Maley
Damon R. Leichty
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204